(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES
**SACINO, BERTOLINO & HALLISSY**
740 UNIVERSITY AVENUE, SUITE 100
SACRAMENTO, CA 95825
TEL. (916) 649-2214
FAX. (916) 649-9241

MICHELE RALEY, State Bar No. 173497
Attorneys for Defendants, GENUINE PARTS COMPANY dba NAPA AUTO PARTS; LEONARD T. RALEY and DIANE E. RALEY, Trustees of the RALEY 2001 FAMILY TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TONY MARTINEZ,

    Plaintiff,

v.

GENUINE PARTS COMPANY dba NAPA AUTO PARTS; LEONARD T. RALEY and DIANE E. RALEY, Trustees of the RALEY 2001 FAMILY TRUST and DOES 1 through 10,

    Defendants.

CASE NO: CIV.S-04-0527 DFL KJM

**[PROPOSED] CONSENT DECREE**

**WHEREAS**, plaintiff TONY MARTINEZ, an individual, has filed an action in the United States District Court, Eastern District of California, action number 04-0527 DFL KJM, alleging claims for damages and injunctive relief under the California Health and Safety Code §19955, *et.seq.*, California Civil Code §§51, 51.5 and 54, *et.seq.* and the Americans With Disabilities Act of 1990 (42 U.S.C. §12101, *et.seq.*) arising out of plaintiff's alleged visit to the Napa Auto Parts store located at 3710 47th Avenue, Sacramento, California 95824, on a date not specified, but believed to have occurred in the spring of 2004; and

**WHEREAS**, defendants GENUINE PARTS COMPANY dba NAPA AUTO PARTS; LEONARD T. RALEY and DIANE E. RALEY, Trustees of the RALEY 2001 FAMILY

1  TRUST answered said Complaint and have denied plaintiff's claims; and

2  **WHEREAS**, the parties have agreed upon a settlement pursuant to which
3  defendants have (or will perform) certain remedial improvements at the subject Napa Auto
4  Parts store; and

5  **WHEREAS**, the parties agree that the settlement of this claim is made in good faith
6  and in an effort to avoid unnecessary expenses and protracted litigation, but without any
7  admission or finding of liability or fault as to any allegation or matter raised in the
8  Complaint;

9  **NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:**

### I. JURISDICTION

11  The Court has jurisdiction over the subject matter of and the parties to this Consent
12  Decree pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C.
13  §122101, *et.seq.*

### II. DENIAL OF LIABILITY

15  Defendants deny any and all legal or equitable liability under any federal, state or
16  local statute, regulation or ordinance, or the common law, for any damages or claims
17  caused by or arising out of plaintiff TONY MARTINEZ'S alleged visit to the NAPA AUTO
18  PARTS store in the spring of 2004. By entering into this Consent Decree, or by taking any
19  action in accordance with it, defendants do not admit any allegations contained herein or
20  in the Complaint, nor do defendants admit any liability for any purpose or admit any issue
21  of law or fact or any responsibility for the alleged noncompliance of the NAPA AUTO
22  PARTS store with the ADA, Americans with Disabilities Act Accessibility Guidelines
23  ("ADAAG"), Title 24 of the California Building Standards Code, or any other state or federal
24  building code or statute.

### III. PURPOSE

26  The purpose of this Consent Decree is to resolve amicably the existing dispute
27  between the parties hereto as to whether remedial improvements at the NAPA AUTO
28  PARTS store are necessary to provide access to persons with disabilities and to settle the

claims asserted against defendants in the Complaint filed in this matter.

## IV. BINDING EFFECT

The undersigned plaintiff and defendants certify that they are fully authorized to enter into the terms and conditions of this Decree by executing this document.

## V. WORK TO BE PERFORMED

Defendants shall make the NAPA AUTO PARTS store accessible to persons with disabilities in accordance with ADAAG and Title 24 of the California Code of Regulations, whichever is more restrictive.

Specifically, defendants will complete (within one year) the following remedial measures to make the elements of the NAPA AUTO PARTS store accessible to persons with disabilities, including:

1. provide a disabled van accessible parking stall with a 96" access aisle;
2. provide handicap accessible parking signage;
3. provide proper striping and parking space dimensions in the NAPA AUTO PARTS store parking lot including placement of the accessible parking space located at the shortest, accessible route of travel to the entrance of the store;
4. adjust any cashier counter that did not have a section 36" x 24", 34" high to accommodate a wheelchair occupant; and
5. rearrange aisles in the store to create accessible routes throughout the store

The work to be performed pursuant to the paragraph above, shall be completed by March 1, 2006, except for those items that have already been completed, and which shall be maintained prospectively.

The remedial work set forth herein meets the "readily achievable" standard of the Americans with Disabilities Act of 1990.

## VI. MODIFICATION

There shall be no modification of this Consent Decree without written approval of both parties hereto.

///

## VII. EFFECTIVE DATE

This Consent Decree is effective upon the date of its entry by the Court.

## VIII. CONTINUING JURISDICTION

The Court specifically retains jurisdiction over both the NAPA AUTO PARTS store and the parties to this action for the duration of this Consent Decree, for the purpose of issuing such further orders or directions as may be necessary or appropriate to construe, implement, modify, enforce, terminate, or reinstate the terms of this Consent Decree.

## IX. TERMINATION AND SATISFACTION

Upon defendants' completion of the work outlined in section V, the Court's jurisdiction of this matter shall terminate unless the parties show good cause for the continuance of this Consent Decree.

The undersigneds hereby consent to the foregoing Consent Decree. For defendants GENUINE PARTS COMPANY dba NAPA AUTO PARTS; LEONARD T. RALEY and DIANE E. RALEY, Trustees of the RALEY 2001 FAMILY TRUST:

For defendant GENUINE PARTS COMPANY dba NAPA AUTO PARTS:

Dated: _____
RICHARD P. BERTOLINO

For defendants LEONARD T. RALEY and DIANE E. RALEY, Trustees of the RALEY 2001 FAMILY TRUST:

Dated: _____
STEVEN MAIR

For plaintiff TONY MARTINEZ:

Dated: _____
LYNN HUBBARD III

Case 2:04-cv-00527-DFL-KJM   Document 13   Filed 05/20/05   Page 5 of 5

1 **ORDER**

2 **IT IS SO ORDERED.**

3 Dated: 19 May 2005        /s/ David F. Levi
                             HONORABLE DAVID F. LEVI
4                            United States District Court Judge

- 5 -